UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 07-00152 (ESH) |
| ANTHONY MAURICE SUGGS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Based on the status conference conducted January 15, 2008, and for the reasons stated in open court, the Court hereby issues the following orders:

1. Defendant Glover's motion for extension of time to file [Dkt 121] is granted.

2. Defendant Glover's motion to preserve notes, reports, and evidence [Dkt 124] is granted without objection.

3. Defendant Glover's motion to compel [Dkt 123] is granted in part insofar as the government shall produce all *Giglio* evidence and disclose the identity of its cooperating witnesses on or before February 4, 2008. All *Jencks* material shall be disclosed one week prior to the witness's testimony. Any notes taken during a witness interview may be submitted to the Court for *en camera* review if the notes arguably contain *Jencks* material.

4. Defendant Glover's motion for disclosure of movement [Dkt 125] is denied without prejudice based on the government's representation that none of the cooperating witnesses were incarcerated during the period of their cooperation.

5. The government will not introduce the 32 interceptions obtained from the cellular phone of Lonnell Glover in its case-in-chief, but reserves the right to use this evidence if the trial is delayed.

6. On or before January 18, 2008, the government shall provide defense counsel with the bench notes from its fingerprint expert. The bench notes from the DEA chemist are available for inspection by defense counsel.

7. On or before January 22, 2008, the government shall provide defense counsel with a written summary of the testimony by Detective Washington as required by Rule 16(a)(1)(G).

8. On or before January 22, 2008, defendant Suggs shall file a motion to suppress evidence obtained from surveillance of Lonnell G. Glover's truck. On or before January 29, 2008, the government shall file its opposition. Any reply is due on or before February 1, 2008.

9. On or before February 1, 2008, the government shall provide the defense with the chemist report, fingerprint analysis, and bench notes for the evidence seized at 9001 Breezewood Terrace, Greenbelt Maryland. The government shall also provide counsel for defendant Parker with the materials relating to the plea in Prince George's County, Maryland on or before that date.

10. Final transcriptions of the calls the government intends to rely on at trial will be provided by January 24, 2008. If defense counsel wants to challenge any of the enhancements of the five calls from the Glover truck, counsel shall immediately contact government counsel to work out the logistics for a defense expert to perform this work. Only one defense expert will be permitted.

11. On or before February 1, 2008, the government shall identify all evidence upon which it intends to rely in its case-in-chief, including all exhibits, transcriptions, and its witness list (excluding cooperators). Objections shall be filed by February 4, 2008.

12. On or before February 4, 2008, the government shall provide defense counsel and the Court with the specific evidence regarding the prior convictions it intends to introduce pursuant to Rule 404(b).

13. On or before February 4, 2008, the parties shall file agreed-upon preliminary jury instructions and a jury questionnaire.

14. Trial will commence on February 11, 2008, at 9:30 a.m. The Court will sit on Fridays, with the exception of February 29, 2008, and March 14, 2008. The Court will not sit on March 21, 2008, March 24, 2009, and from March 31, 2008 through April 11, 2008. Trial shall resume on April 14, 2008.

A motions/evidentiary hearing is set for February 5, 2008, at 9:30 a.m, at which time the Court will consider defendant's Suggs's motion to suppress evidence seized from 4000 10th Street N.E. Defendant Lee's motion to suppress his statement will be taken up at 1:45 p.m. on

that date.

A status conference is set for February 6, 2008, at 10:00 a.m., at which time the Court will consider the government's 404(b) motion and any objections to the government's witness list, exhibits, and transcriptions. The Court will also address any outstanding Rule 16 discovery disputes and the preliminary jury instructions and the jury questionnaire.

/s/ Ellen S Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 16, 2008.