UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,   )
)
)
)
v.   )   Criminal No. 07-00152 (ESH)
)
ANTHONY MAURICE SUGGS, *et al.*,   )
)
Defendants.   )
)

## ORDER

It is hereby **ORDERED** that the government's motion for enlargement of time is **GRANTED** insofar as the government shall have until February 1, 2008, to provide defense counsel with the transcriptions of the telephone conversations involving the cooperating witnesses and the transcriptions of the conversations on the videotapes of the controlled buys. The government has already provided defense counsel with all other transcriptions of Title III interceptions, whether overheard on the Suggs wire or the Glover truck bug, that it intends to use at trial. Objections to the transcriptions of the Title III interceptions shall be due on or before February 4, 2008, and these objections will be considered by the Court on February 6, 2008, as previously stated in the Court's Order of January 16, 2008. Objections to the transcriptions to be provided on February 1, 2008, will be due on February 8, 2008.

**SO ORDERED.**

Ellen S Huvelle
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 28, 2008.